

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F. #2003R02610

*One Pierrepont Plaza*
*Brooklyn, New York  11201*

*Mailing Address:*   *147 Pierrepont Street*
*Brooklyn, New York  11201*

April 25, 2005

By Mail and Facsimile
(718) 518-0674

Stacey Richman, Esq.
2027 Williamsbridge Rd.
3rd Floor
Bronx, New York 10461

       Re:   United States v. Dupree Harris
            Criminal Docket No. 04-203 (ARR)

Dear Ms. Richman:

     Please be advised that the Attorney General originated Special Administrative Measures (SAM) for the defendant Dupree Harris on April 19, 2005.  A redacted copy of the April 19, 2005 SAM restrictions document is enclosed.  Enclosed also please find an affirmation for you to sign acknowledging your understanding of the restrictions and your agreement to abide by them.  Please return the signed affirmation to me at your earliest convenience.

     If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              ROSLYNN R. MAUSKOPF
                              United States Attorney

                 By:   /s/ Lee J. Freedman
                     Lee J. Freedman
                     Assistant United States Attorney
                     (718) 254-6289

encls.

cc:  Clerk of the Court (ARR) (by ECF) (w/o encls.)