UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

UNITED STATES OF AMERICA  :  04 CR 0203 (ARR)

  -against-  :

LINDSEY MCDONNELL, et. al,  :  ORDER

    Defendant.  :

---------------------------------------------------------- X

ROSS, United States District Judge:

I have received an <u>ex parte</u> submission from the government dated June 28, 2005. As I am unable to ascertain the purpose of the submission, I am herewith returning it to the government.

SO ORDERED,

                                        Allyne R. Ross
                                      United States District Judge

Dated: June 30, 2005
      Brooklyn, New York

SERVICE LIST:
(By Fax)

        Lee Freedman
        Morris Fodeman
        Assistant U.S. Attorneys
        One Pierrepont Plaza
        Brooklyn, NY 11201
        Fax: (718) 254-6289

        Joel Cohen
        Glory China Tower
        11 East Braodway
        11th Floor
        New York, NY 10038
        Fax: (212) 571-9065

        Stacey Richman
        2027 Williamsbridge Road
        Bronx, NY 10461
        Fax: (718) 518-0674

        Philip R. Katowitz
        320 Seventh Avenue, PMB # 255
        Brooklyn, NY 11215
        Fax: (718) 499-0148