UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :     04 CR 0203 (ARR)

    -against-                                                   :

LINDSEY MCDONNELL, et. al,                       :     ORDER

                              Defendant.            :
------------------------------------------------------------ X

ROSS, United States District Judge:

       In response to the ex parte letter of Ms. Richman dated June 30, 2005, the parties are advised that the nine subpoenas to penal institutions and parole and probation departments issued ex parte at the request of Mr. Cohen were not accompanied by any affidavit substantiating that they seek materials of evidentiary value within the meaning of Rule 17, Fed. R. Crim. Pro. The subpoenas broadly seek, with respect to nine individuals, all records relating to their "confinement", "imprisonment", "probation" or "parole" supervision and/or violations, and/or disciplinary proceedings. As such, the records sought appear to be pertinent, if at all, for impeachment of witnesses, and may not be relevant even for that purpose. Notwithstanding, I have signed the subpoenas and made them returnable to my chambers only. Upon receipt of the records, I will conduct an in camera review of them and determine what, if anything, to disclose, and when and to whom such disclosure should be made. In connection

1

with that review, I will ask defendants to articulate with specificity precisely what documents they seek and to demonstrate their relevance.

SO ORDERED.

_____
Allyne R. Ross
United States District Judge

Dated: July 1, 2005
Brooklyn, New York

SERVICE LIST:
(By Fax)

    Lee Freedman
    Morris Fodeman
    Assistant U.S. Attorneys
    One Pierrepont Plaza
    Brooklyn, NY 11201
    Fax: (718) 254-~~6289~~ 6320

    Joel Cohen
    Glory China Tower
    11 East Braodway
    11th Floor
    New York, NY 10038
    Fax: (212) 571-9065

    Stacey Richman
    2027 Williamsbridge Road
    Bronx, NY 10461
    Fax: (718) 518-0674

    Philip R. Katowitz
    320 Seventh Avenue, PMB # 255
    Brooklyn, NY 11215
    Fax: (718) 499-0148