FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 18 2005 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA           :     04 CR 0203 (ARR)

   -against-                                          :

LINDSEY MCDONNELL, et. al,         :     <u>ORDER</u>

           Defendant.                  :
------------------------------------------------------------ X

ROSS, United States District Judge:

The court has conducted an <u>in camera</u> review of all documents received in response to the subpoenas to penal institutions and parole and probation departments issued by the court. The court is hereby disclosing to Mr. Cohen those documents that are responsive to the subpoenas, as limited by specific requests by Mr. Cohen regarding the scope of documents sought. Mr. Cohen is directed to copy and disseminate copies to Ms. Richman and Mr. Katowitz at their request. These documents are for use only by defense counsel and their investigators, and may not be disseminated to defendants or any third parties.

SO ORDERED.

                                                                   Allyne R. Ross
                                                                   United States District Judge

Dated: July 14, 2005
       Brooklyn, New York

1

SERVICE LIST:

    Lee Freedman
    Morris Fodeman
    Assistant U.S. Attorneys
    One Pierrepont Plaza
    Brooklyn, NY 11201
    Fax: (718) 254-6320
    (by fax without enclosures)

    Joel Cohen
    Glory China Tower
    11 East Braodway
    11th Floor
    New York, NY 10038
    Fax: (212) 571-9065
    (by hand delivery)

    Stacey Richman
    2027 Williamsbridge Road
    Bronx, NY 10461
    Fax: (718) 518-0674
    (by fax without enclosures)

    Philip R. Katowitz
    320 Seventh Avenue, PMB # 255
    Brooklyn, NY 11215
    Fax: (718) 499-0148
    (by fax without enclosures)