DA

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 30 2006 ★

BROOKLYN OFFICE

DUPREE M. HARRIS. REG # 71062-053
METROPOLITAN CORRECTIONAL CENTER
150 PARK ROW
NEW YORK, N.Y. 10007

*Ordered that copies of this letter be transmitted to AUSA and defense counsel.*

*[signature] USDJ 3/3/06*

DATE: MARCH 27, **2006**

cc: Mr. Harris

THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

RE: UNITED STATES v. DUPREE HARRIS, ET AL. CR. NO. (04-203) (S-4) (ARR)

DEAR JUDGE ROSS,

RESPECTFULLY, I'M WRITING THE COURT (YOUR HONOR) TO REQUEST FOR A FACTUAL HEARING (COMMONLY KNOWN AS A "CARMINE FACTIO" OR "FACTIO" HEARING). AS THE COURT SHOULD BE AWARE I (DUPREE HARRIS) TOTALLY OBJECT TO THE ENTIRE P.S.I REPORT. WITH RESPECT TO MY OBJECTION, THE REQUESTED HEARING, SHALL OUT-LINE THE PERTINENT FACTS AND ROLE(S) THAT I (DUPREE HARRIS) ALLEGEDLY PLAY DURING THE ALLEGED CONSPIRACY, TO WHICH I HAVE BEEN CONVICTED OF, THE HEARING IS NOT ONLY FRUITFUL TO DETERMINE THE SPECIFIC ROLE IN THE ALLEGED CONSPIRACY, HOWEVER, IT'S CORE METHOD IS TO SUFFICIENTLY DEFINE THE PARTICULAR AMOUNT OF DRUGS EACH MEMBER OF THE ALLEGED CONSPIRACY IS ACCOUNTABLE FOR. THE P.S.I REPORT STATES THAT I (DUPREE HARRIS) AM ACCOUNTABLE FOR 1.5 KILOGRAMS OF CRACK COCAINE DISTRIBUTED DURING THE INSTANT CONSPIRACY, TO WHICH APPLIES THE HIGHEST BASE OFFENSE LEVEL UNDER GUIDELINE 2.D1.1. LEVEL 38, FOR GUIDELINE CALCULATION PURPOSES, THE P.S.I REPORT ALSO ENHANCES ME, PER GUIDELINE 3B1.1(A) AS A "LEADER IN THE INSTANT OFFENSE, TO WHICH IS A FOUR LEVEL AGGRAVATING, ROLE ENHANCEMENT, NOTABLY, THE PRINCIPLES ARE SET FORTH IN UNITED STATES v. GONZALEZ, 420 F.3d 111 (2nd CIR. 2005) AND CORDOBA-MURGAS v. UNITED STATES, 422 F.3d 65 (2nd CIR. 2005) ESTABLISH THAT A DEFENDANT CANNOT BE CHARGED WITH AN OFFENSE AND THEN SENTENCED TO AN AGGRAVATED FORM OF THAT OFFENSE WITHOUT (1) INDICTMENT BY GRAND JURY, AND (2) SUBMISSION TO THE JURY FOR PROOF BEYOND A REASONABLE DOUBT. YOUR HONOR I DON'T WISH TO BURDEN THE COURT, HOWEVER THIS IS MY LIFE, AND AS A U.S. CITIZEN I AM ENTITLED TO A FULL SLATE OF THE LAW.

c/m

CC: STACY RICHMAN, ESQ
    2027 WILLIAMSBRIDGE Rd. 3RD FLOOR
    BRONX, NEW YORK 10461

RESPECTFULLY SUBMITTED
Dupree Harris