

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2003R02982

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

April 25, 2006

By ECF and Hand Delivery

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application granted.
United States' response
shall be submitted by
May 8, 2006.
So ordered.

Re: United States v. Dupree Harris
Criminal Docket No. 04-203 (ARR)

/s/ ARR  4/27/0[6]
cc: parties

Dear Judge Ross:

The United States respectfully requests that it be permitted to submit its response to the defendant's sentencing submissions on or before May 8, 2006.

During the March 27, 2006 status conference, the Court instructed the defendant to file his sentencing memorandum by April 17, 2006, and the government to file its response by May 1, 2006. The defendant filed a memorandum on April 17, but filed a second, extensive memorandum on April 19, 2006. To permit the undersigned time to draft a comprehensive response to the defendant's two memoranda and obtain the requisite supervisory review, the government respectfully request a seven-day extension of time.

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney

By: /s/ Lee J. Freedman
Lee J. Freedman
Morris J. Fodeman
Assistant U.S. Attorneys
lee.freedman@usdoj.gov
(718) 254-6289/6614

cc: Stacey Richman, Esq.
2027 Williamsbridge Road
3rd Floor
Bronx, New York 10461