DUPREE M. HARRIS, REG# 71062-053
METROPOLITAN DETENTION CENTER
80 29TH STREET
BROOKLYN, NEW YORK 11232

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 28 2006 ★
BROOKLYN OFFICE

THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

DATE 7-22-06

Appointment of counsel for the appeal is made by the ~~Second~~ Circuit Court of Appeals.

 — ARR
 8/1/06
cc: Counsel
    D. Harris

RE: UNITED STATES V. DUPREE HARRIS
CRIMINAL DOCKET NO. 04-203 (ARR)

DEAR JUDGE ROSS,

I RESPECTFULLY SUBMIT THIS LETTER TO YOU/THE COURTS TO INFORM YOUR HONOR THAT I AMBITIOUSLY WISH TO BE ASSIGNED AN "APPEALS ATTORNEY" SOMEONE EFFECTIVELY EFFICIENT WITH APPELLATE ISSUES AND CASES. DUE TO THE OVERWHELMING CIRCUMSTANCES AND SIGNIFICANT LENGTH OF TIME THAT I AM FACED WITH, I WISH FOR YOUR HONOR TO PROMPTLY EXONERATE "MS. STACEY RICHMAN" TO WHOM IS MY EXISTING ATTORNEY, FROM HER DUTIES AS MY ATTORNEY, AND TO BE REPLACED WITH AN ATTORNEY TO WHOM WILL BE DILIGENT AND ENDEAVORING WITH MY APPEAL ISSUES. I ADDITIONALLY ASK YOUR HONOR TO PROVIDE ME WITH A COPY OF MY "DOCKET SHEET" AN ITS ENTIRETY ALONG WITH THE TRANSCRIPTS FROM THURSDAY JULY 20TH 2006 TO WHICH WAS MY SENTENCING DAY. I PRAY THAT YOUR HONOR SUFFICIENTLY ADHERE TO THESE ISSUES OF MATTER. I THANK YOU SO MUCH FOR YOUR TIME AND CONSIDERATION.

VERY YOURS TRULY,
Dupree M. Harris
#71062-053

Dupree M. Harris, Reg# 71062-053
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Date 7-22-06

RE: UNITED STATES V. DUPREE HARRIS
CRIMINAL DOCKET NO. 04-203 (ARR)

Dear Judge Ross:

I respectfully submit this letter to you/the courts to inform your honor that I ambitiously wish to be assigned an "APPEALS ATTORNEY" someone effectively efficient with appellate issues and cases. Do to the overwhelming circumstances and significant length of time that I am faced with, I wish for your honor to promptly exonerate "MS. STACEY RICHMAN" towhom is my existing attorney, from her duties as my attorney and to be replaced with an attorney towhom will be diligent and endeavoring with my appeal issues. I additionally ask your honor to provide me with a copy of my "DOCKET SHEET" an its entirety along with the TRANSCRIPTS from THURSDAY JULY 20TH 2006 towhich was my sentencing day. I pray that your honor sufficiently adhere to these issues of matter. I thank you so much for your time and consideration.

Very Yours Truly,
Dupree M. Harris
#71062-053