**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
Executive Director and
Attorney-in-Chief

*Eastern District*
Peter Kirchheimer
Attorney-in-Charge

December 10, 2012

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

<u>U.S.A. v. Dupree Harris, 04 CR 0203 (ARR)</u>

Your Honor:

  The Court assigned this office for purposes of representing Mr. Dupree Harris in connection with any motion for resentencing pursuant to the Fair Sentencing Act of 2010. I have reviewed the law and file and communicated with Mr. Harris by letter and phone. I have found no non-frivolous motion to make on his behalf.  As I result, I request that the case be closed.

  Thank you for the Court's attention to this matter.

                Sincerely,

                Douglas G. Morris
                Assistant Federal Defender
                (718) 330-1209

cc:  Assistant U.S. Attorney Richard Tucker

   Clerk of the Court

   Mr. Dupree Harris