FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ NOV 1 1 2012 ★

**BROOKLYN OFFICE**

# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza - 16th Floor, Brooklyn, NY, 10463
Tel: (718) 330-1200  Fax: (718) 855-0760

*David E. Patton*
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

.December 10, 2012

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

*Application granted. The Clerk of*
*Court is requested to close the file.*

*So ordered.* /S/ Judge Ross

*USDJ*
*12/11/12*

*cc: Mr. Harris*

<u>U.S.A. v. Dupree Harris, 04 CR 0203 (ARR)</u>

Your Honor:

The Court assigned this office for purposes of representing Mr. Dupree Harris in connection with any motion for resentencing pursuant to the Fair Sentencing Act of 2010. I have reviewed the law and file and communicated with Mr. Harris by letter and phone. I have found no non-frivolous motion to make on his behalf. As I result, I request that the case be closed.

Thank you for the Court's attention to this matter.

Sincerely,

Douglas G. Morris
Assistant Federal Defender
(718) 330-1209

cc:    Assistant U.S. Attorney Richard Tucker

Clerk of the Court

Mr. Dupree Harris